In the

**United States Court of Appeals**

For the Eleventh Circuit

_____

No. 24-10263

_____

BIDI VAPOR LLC,

                                                    Petitioner,

*versus*

U.S. FOOD AND DRUG ADMINISTRATION,

                                                    Respondent.

_____

Petition for Review of a Decision of the
Food and Drug Administration
Agency No. STN-PM0003460.PD2

_____

Before ROSENBAUM, JILL PRYOR, and ABUDU, Circuit Judges.

BY THE COURT:

Petitioner's motion to stay the Respondent's marketing denial order is DENIED. *See Nken v. Holder*, 556 U.S. 418, 434 (2009).